UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>        Plaintiff,<br><br>  -against-<br><br>ABC PHARMACY V CORP. ET AL.,<br><br>        Defendants. | 21-CV-06605 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 10, 2022, filed in response to the Court's September 26, 2022 Reassignment Order.  ECF No. 39.

  IT IS HEREBY ORDERED that the parties shall appear for a pretrial status conference on November 16, 2023, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: September 28, 2022         SO ORDERED.
     New York, New York

                     _____
                     JENNIFER L. ROCHON
                     United States District Judge