UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>      Plaintiff,<br><br>-against-<br><br>ABC PHARMACY V. CORP., et al.,<br><br>      Defendants. | 21-cv-06605 (JLR)<br><br>**AMENDED ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This Court having previously issued an order scheduling a pretrial status conference for November 16, 2023 (*See* ECF No. 40), IT IS HEREBY ORDERED that the conference will be held on **November 16, 2022, at 10:00 a.m.** in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B.

Dated: October 27, 2022
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge